**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Kay Peterson,                                               **Civil File No. 07-cv-1130 PAM/RLE**

      Plaintiff,

vs.                                                                **ORDER**

Credigy Services Corp. d/b/a Credigy
Receivables, Inc. and Stewart & Associates, P.C.

      Defendants.

## ORDER FOR JUDGMENT OF DISMISSAL

**IT IS HEREBY ORDERED** that judgment shall be entered dismissing the Complaint on its merits with prejudice and without costs, disbursements or attorney's fees to any party.

**IT IS FURTHER ORDERED** that there being no just reason for delay **JUDGMENT SHALL BE ENTERED ACCORDINGLY.**

                                                                  **BY THE COURT**

Dated: June  28 , 2007                         s/Paul A. Magnuson
                                                            The Honorable Paul A. Magnuson
                                                           Judge of United States District Court